**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.  **CV 16-5563-JFW** | Date: **September 6, 2016** |

Title:   William A. Bookout -v- MUFG Union Bank, N.A.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**  <br>**Courtroom Deputy** | **None Present**  <br>**Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

   Appellant is ordered to show cause, in writing, no later than **September 19, 2016**, why this action should not be dismissed for lack of prosecution.

   No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause may result in the dismissal of this action.

   IT IS SO ORDERED.

Initials of Deputy Clerk  sr

(Rev. 10/1/04)